■ BANK OF BARODA, Respondent, v C. V. NARASIMHAN, Appellant. [603 NYS2d 938] —Order, Supreme Court, New York County (Kristin Booth Glen, J.), entered July 23, 1992, unanimously affirmed for the reasons stated by Glen, J., with costs and with disbursements. No opinion. Concur—Sullivan, J. P., Carro, Ellerin, Kassal and Rubin, JJ.

■ PHILIP S. CAPANO, Doing Business as RITE-ON REALTY Co., Appellant, v LENA SOSTILIO et al., Respondents. [604 NYS2d 695] —Order of the Appellate Term of the Supreme Court, First Department (Riccobono, J. P., Parness and Miller, JJ.), entered June 1, 1992, which affirmed an order of the Civil Court, Bronx County (Lorraine Backal, J.), entered March 27, 1991, which, *inter alia,* denied plaintiff's motion to vacate a prior judgment of the Civil Court, entered June 18, 1980 in favor of defendants in the amount of $6,634.49, awarded defendants by order of this Court entered May 13, 1980 [75 AD2d 759], which reversed a prior judgment in plaintiff's favor, unanimously affirmed, with costs.

As plaintiff has extensively litigated this matter over the past 13 years and has raised identical issues previously in various stages of this litigation to avoid payment of the costs and disbursements, the doctrines of res judicata, collateral estoppel and law of the case bar relitigation herein. Concur—Sullivan, J. P., Carro, Ellerin and Kassal, JJ.